IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-521-D

| | | |
|---|---|---|
| SMOOT HOLDINGS, LLC, and DAVID M. SMOOT, | ) ) ) | |
| Plaintiffs, v. | ) ) ) | **ORDER** |
| CITY OF RALEIGH, FRANCIS P. RASBERRY, JR., and THOMAS A. MCCORMICK, | ) ) ) ) ) | |
| Defendants. | ) | |

On November 16, 2012, Smoot Holdings, LLC and David M. Smoot III ("plaintiffs") filed a motion for voluntary dismissal of plaintiffs' claims without prejudice and a motion to dismiss defendant City of Raleigh's counterclaim [D.E. 46]. Defendant City of Raleigh and defendants Francis P. Rasberry, Jr. and Thomas A. McCormick (in their official capacities) responded in opposition [D.E. 48]. Likewise, defendants Rasberry and McCormick (in their individual capacities) responded in opposition [D.E. 49].

The court has reviewed the entire record and considered all arguments. Plaintiffs' motion for voluntary dismissal of plaintiffs' claims without prejudice [D.E. 46] is GRANTED. See Fed. R. Civ. P. 41(a)(2). The court declines to exercise supplemental jurisdiction over defendant City of Raleigh's counterclaim. See 28 U.S.C. § 1367(c)(1), (3).

SO ORDERED. This 14 day of January 2013.

JAMES C. DEVER III
Chief United States District Judge