UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SMOOT HOLDINGS, LLC. and ) <br> DAVID M. SMOOT III, ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br> v.   ) <br>   ) <br>   ) <br>   ) <br> CITY OF RALEIGH, FRANCIS ) <br> P. RASPBERRY, JR., and THOMAS ) <br> A. MCCORMICK, ) <br>   ) <br>   Defendants. ) | **JUDGMENT** <br><br> No. 5:11-CV-521-D |

**Decision by Court.**

   **IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiffs' Motion for Voluntary Dismissal of Plaintiffs' Claims Without Prejudice [D.E. 46] is GRANTED. The Court declines to exercise supplemental jurisdiction over Defendant City of Raleigh's counterclaim.

   THE ABOVE JUDGMENT WAS ENTERED TODAY, **JANUARY 14, 2013,** WITH A COPY TO:

   Nathaniel Parker (via CM/ECF electronic notification)
   L. Neal Ellis, Jr. (via CM/ECF electronic notification)
   Dorothy K. Leapley (via CM/ECF electronic notification)
   Christopher J. Simmons (via CM/ECF electronic notification)
   Dan M. Hartzog (via CM/ECF electronic notification)
   Dan M. Hartzog, Jr. (via CM/ECF electronic notification)

<u>January 14, 2013</u>
Date

JULIE A. RICHARDS, Clerk
Eastern District of North Carolina

<u>/s/Debby Sawyer            </u>
(By) Deputy Clerk

Raleigh, North Carolina